UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) )  3:09-md-02100-DRH ) ) )  MDL No. 2100 ) |

**This Document Relates To:**

*Susan Lentz, et al.v. Bayer HealthCare*           No. 3:10-cv-10714-DRH
*Pharmaceuticals Inc., et al.*

*Virginia Juarez, et al.v. Bayer HealthCare*      No. 3:11-cv-10699-DRH
*Pharmaceuticals Inc., et al.*

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**  These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on July 19, 2013, the above captioned cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.

NANCY J. ROSENSTENGEL,
CLERK OF COURT

BY:   /s/*Sara Jennings*
        **Deputy Clerk**

Dated:  July 30, 2013

Digitally signed by David R. Herndon
Date: 2013.07.30 14:15:09 -05'00'

APPROVED:
         CHIEF JUDGE
         U. S. DISTRICT COURT